UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STEPHANE DION and 91934885 QUEBEC INC. d/b/a DION DESIGNS, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | 1:11-cv-173- RLY-TAB |
| ALLWIN POWERSPORTS CORPORATION, INC., ARTHUR LIAO, MHR HELMET CO. LTD., FOSHAN SHUNDE FENGXING HELMETS LTD., and JIANGMEN PENGCHENG HELMETS LTD., | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

# REPORT AND RECOMMENDATION ON
# PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs appeared by counsel and Plaintiff Stephane Dion appeared in person and Defendant Allwin Powersports appeared by counsel and corporate representative on February 14, 2011, for a hearing on Plaintiffs' motion for preliminary injunction. Evidence and argument were presented. For the reasons set forth on the record and as attached hereto, the Magistrate Judge recommends that the motion for preliminary injunction be denied.

Dated: 02/15/2011

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Amanda C. Couture
DELANEY & DELANEY
acouture@delaneylaw.net

Kathleen Ann DeLaney
DELANEY & DELANEY LLC
kathleen@delaneylaw.net

David Scott Klinestiver
LEWIS & KAPPES
dklinestiver@lewis-kappes.com

Todd Arthur Richardson
LEWIS & KAPPES
trichardson@lewis-kappes.com

Joseph Peter Rompala
LEWIS & KAPPES
jrompala@lewis-kappes.com

Charles C. Kinne
KINNE IP GROUP
1240 Iroquois Ave., Suite 204
Naperville, IL 60563