IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Stephane Dion and** ) | |
| **91934885 Quebec, Inc., d/b/a** ) | |
| **Dion Designs,** ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| **Allwin Powersports Corporation, Inc.,** ) | Civil Action No. 1:11-cv-0173-RLY-TAB |
| **Arthur Liao,** ) | |
| **MHR Helmet Co. Ltd.,** ) | |
| **Foshan Shunde Fengxing Helmets Ltd., and** ) | |
| **Jiangmen Pengcheng Helmets Ltd.,** ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT JIANGMEN PENGCHENG HELMETS LTD.'S
## CORPORATE DISCLOSURE STATEMENT

Defendant Jiangmen Pengcheng Helmets Ltd. ("Jiangmen Pengcheng"), by counsel, hereby files its Corporate and Business Entity Disclosure Statement required by Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.2 of the Southern District of Indiana Local Rules, identifying all of its parent corporations and listing any publicly held company or investment fund that owns a ten percent (10%) or more ownership interest in Jiangmen Pengcheng as follows:

1.   Parent corporations of the corporation: Jiangmen Pengcheng has no parent corporation.

2. Any publicly held company or investment fund that owns ten percent (10%) or more of the corporation: No publicly held corporation owns more than 10% of its stock.

Dated: August 1, 2011

Respectfully submitted,

/s/ Charles C. Kinne
Charles C. Kinne (*pro hac vice*)
KINNE IP GROUP
1240 Iroquois Avenue, Suite 204
Naperville, Illinois 60563
Telephone: 630.904.0940
Facsimile: 888.887.7158
E-Mail: ckinne@kinnelaw.com

Kathleen A. DeLaney (#18604-49)
kathleen@delaneylaw.net
Amanda Couture (#24838-53)
acouture@delaneylaw.net
DeLaney & DeLaney LLC

*Attorneys for Defendants, Allwin Powersports Corporation, Inc., Arthur Liao, MHR Helmet Co. Ltd., Foshan Shunde Fengxing Helmets Ltd., and Jiangmen Pengcheng Helmets Ltd.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANT JIANGMEN PENGCHENG'S CORPORATE DISCLOSURE STATEMENT** was served by ECF upon:

Todd A. Richardson
trichardson@lewis-kappes.com
Joseph Peter Rompala
jrompala@lewis-kappes.com
David S. Klinestiver
dklinestiver@lewis-kappes.com
Lewis & Kappes
*Attorneys for Plaintiffs*

this 1st day of August, 2011.

/s/ Charles C. Kinne
Charles C. Kinne (*pro hac vice*)
KINNE IP GROUP
1240 Iroquois Avenue, Suite 204
Naperville, Illinois 60563
Telephone: 630.904.0940
Facsimile: 888.887.7158
E-Mail: ckinne@kinnelaw.com